388 A.2d 329

**COMMONWEALTH of Pennsylvania**

v.

**Anthony PATTERSON, Appellant (two cases).**

Supreme Court of Pennsylvania.

Submitted April 12, 1978.

Decided July 14, 1978.

Peter A. Levin, Philadelphia, for appellant.

Edward G. Rendell, Dist. Atty., Steven H. Goldblatt, Deputy Dist. Atty. for Law, Robert B. Lawler, Chief, Appeals Div., James Garrett, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

### ORDER

PER CURIAM.

Judgments of sentence affirmed.